August 3, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

BLANCA WATSON, Appellant

NO. 14-17-00404-CV                    V.

HOME DEPOT U.S.A., INC. AND WERNER CO., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 20, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.